IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| WAYNE L. CLARK, JR., | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:14cv1175-MHT |
| | ) | (WO) |
| SOUTH ALABAMA COURT REFERRAL SERVICES, INC., et al., | ) ) ) | |
| | ) | |
|     Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, who identifies as agnostic, filed this lawsuit asserting that the defendants violated his First Amendment rights under the Establishment Clause by requiring him to attend a faith-based program as a condition of probation and penalizing him for not doing so. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant District Court of Covington County's motion to dismiss plaintiff's case be granted and that defendant South

Alabama Court Referral Services, Inc.'s motion to dismiss be denied.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment and order will follow.

DONE, this the 12th day of March, 2015.

                                                  ___/s/ Myron H. Thompson____
                                                  UNITED STATES DISTRICT JUDGE