IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WAYNE L. CLARK, JR.,               )<br>                                    )<br>    Plaintiff,                     )<br>                                    )<br>    v.                              )<br>                                    )<br>SOUTH ALABAMA COURT                 )<br>REFERRAL SERVICES, INC.,            )<br>et al.,                             )<br>                                    )<br>    Defendants.                     ) | CIVIL ACTION NO.<br>2:14cv1175-MHT<br>(WO) |

ORDER

In accordance with the memorandum opinion entered today, it is ORDERED that:

(1) The United States Magistrate Judge's recommendation (doc. no. 16) is adopted.

(2) Defendant South Alabama Court Referral Services, Inc.'s motion to dismiss (doc. no. 10) is denied without prejudice.

(3) This cause is referred back to the United States Magistrate Judge for further proceedings.

DONE, this the 12th day of March, 2015.

            /s/ Myron H. Thompson____
        UNITED STATES DISTRICT JUDGE