IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WAYNE L. CLARK, JR.,           )
                               )
     Plaintiff,                )
                               )      CIVIL ACTION NO.
     v.                        )       2:14cv1175-MHT
                               )           (WO)
SOUTH ALABAMA COURT            )
REFERRAL SERVICES, INC.,       )
et al.,                        )
                               )
     Defendants.               )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 16) is adopted.

(2) Defendant District Court of Covington County's motion to dismiss (doc. no. 8) is granted.

(3) Defendant District Court of Covington County is dismissed with prejudice from this action and terminated as a party.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 12th day of March, 2015.

            ___/s/ Myron H. Thompson____
            UNITED STATES DISTRICT JUDGE