IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WAYNE L. CLARK, JR.,         ) | |
|      ) | |
|   Plaintiff,       ) | |
|      ) | CIVIL ACTION NO. |
|   v.               ) | 2:14cv1175-MHT |
|      ) | (WO) |
| ANGIE CURRY and JULIE        ) | |
| MOODY,                       ) | |
|      ) | |
|   Defendants.      ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that the defendants violated his First Amendment rights under the Establishment Clause by requiring him to attend a faith-based program as a condition of probation and penalizing him for not doing so. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant Julie Moody's motion to dismiss be granted. There are no objections to the recommendation. After an independent and de novo

review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of September, 2015.

                                   /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE