```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

           MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


WAYNE L. CLARK, JR.,          )
                              )
    Plaintiff,                )
                              )        CIVIL ACTION NO.
    v.                        )         2:14cv1175-MHT
                              )              (WO)
ANGIE CURRY and JULIE         )
MOODY,                        )
                              )
    Defendants.               )
```

JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 39) is adopted.

(2) Defendant Julie Moody's motion to dismiss (doc. no. 25) is granted.

(3) Defendant Julie Moody is dismissed with prejudice from this action and terminated as a party, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 3rd day of September, 2015.

                         /s/ Myron H. Thompson
                         UNITED STATES DISTRICT JUDGE