IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WAYNE L. CLARK, JR.,      )
                          )
     Plaintiff,           )
                          )      CIVIL ACTION NO.
     v.                   )      2:14cv1175-MHT
                          )           (WO)
ANGIE CURRY,              )
                          )
     Defendant.           )
```

ORDER

Now pending before the court is defendant Angie Curry's motion to dismiss filed on April 1, 2015. On November 23, 2015, the defendant filed a motion for summary judgment that is under submission.

Accordingly, upon consideration of the defendant's motion to dismiss, and for good cause, it is ORDERED that the motion to dismiss (doc. no. 24) is denied without prejudice.

DONE, this the 31st day of March, 2016.

                     /s/ Myron H. Thompson____
                     UNITED STATES DISTRICT JUDGE