IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WAYNE L. CLARK, JR.,    ) | |
|     ) | |
|   Plaintiff,    ) | |
|     ) | CIVIL ACTION NO. |
|   v.    ) | 2:14cv1175-MHT |
|     ) | (WO) |
| ANGIE CURRY,    ) | |
|     ) | |
|   Defendant.    ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff filed this lawsuit asserting that defendant, a court-referral program officer, violated his First Amendment rights under the Establishment Clause by penalizing him for his unwillingness to attend a faith-based program as a condition of probation.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant's motion for summary judgment be granted.  Also before the court are plaintiff's objections to the recommendation.  After an independent and de novo review of the record, the court

concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 23rd day of May, 2016.

                            /s/ Myron H. Thompson  
                            **UNITED STATES DISTRICT JUDGE**